EDOK Criminal Complaint (Revised 6/15)

# United States District Court

## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL COMPLAINT** |
| *Plaintiff,* | |
| **v.** | Case No.   **22-MJ-306-GLJ** |
| **NATHAN REX UPTON,** | |
| *Defendant.* | |

I, Special Agent Erin Staniech, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

In or about January of 2022 to October 20, 2022, in the Eastern District of Oklahoma, **NATHAN REX UPTON**, committed Obscene Visual Representation of the Sexual Abuse of Children in violation of 18 U.S.C. § 1466(A); Coercion and Enticement in violation of 18 U.S.C. § 2422(b); and Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).

I further state that I am a Special Agent with Homeland Security Investigations, and that this complaint is based on the following facts:

(See attached Affidavit of Special Agent Erin Staniech which is attached hereto and made a part hereof by reference.)

☐        Continued on the attached sheet.

Erin Staniech
Special Agent
Homeland Security Investigations
Complainant

Sworn to before me and subscribed in my presence at: MUSKOGEE, OKLAHOMA

Date: November 17, 2022

_____
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer



## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT IN
## THE NORTHERN DISTRICT OF OKLAHOMA

I, Erin Staniech, being duly sworn under oath, do hereby depose and state:

### INTRODUCTION

1.      I have been employed as a Special Agent ("SA") with Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI") since June 2019 and am currently assigned to the Office of the Resident Agent in Charge in Tulsa, Oklahoma, and am currently assigned to investigate crimes involving child exploitation.  While employed by HSI, I have investigated federal criminal violations related to child exploitation and child pornography.  I have gained experience through training at the Federal Law Enforcement Training Center's (FLETC) twelve-week Criminal Investigator Training Program (CITP) and the sixteen-week Homeland Security Investigations Special Agent Training (HSISAT) program, and everyday work relating to conducting these types of investigations.  I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.  I have received focused child exploitation training covering topics such as: interview techniques, live streaming investigations, undercover investigations, capturing digital evidence, transnational child sex offenders, and mobile messaging platforms utilized by these types of offenders.  Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252(a), and I am authorized by law to request a search warrant.

2.      As a result of my employment with HSI, my duties include, but are not limited to, the investigation and enforcement of Titles 8, 18, 19, 21, and 31 of the United States Code (U.S.C.).  I am an "investigative or law enforcement officer of the United States" within the

1

meaning defined in 18 U.S.C. § 2510(7), in that I am an agent of the United States authorized by law to conduct investigations of, and make arrests for, federal offenses.

3.      As part of my duties as an HSI agent, I investigate criminal violations relating to child pornography, including the production, transportation, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A.  I have received training in the areas of child pornography and child exploitation and have observed and reviewed numerous examples of child pornography, as defined in 18 U.S.C. § 2256, in all forms of media. I have been involved in several child pornography investigations and am familiar with the tactics used by individuals who collect and distribute child pornographic material.

4.      It is my belief that **Nathan Rex UPTON (DOB: \*\*/\*\*/1988)**, a United States citizen and a citizen of Choctaw Nation, has violated 18 U.S.C. § 1466(A), Obscene Visual Representation of the Sexual Abuse of Children, in that during a search and seizure warrant, multiple comic-book like materials containing visual depictions of anime characters and furry characters, were seized.

5.      It is also my belief that UPTON violated 18 U.S.C. § 2422(b), Coercion and Enticement, in that UPTON was using Discord, a communication application, to engage in conversation with an individual UPTON believed was 13-years-old.  During this communication, the 13-year-old male sent images and videos to UPTON in exchange for money and/or giftcards.

6.      It is also my belief that UPTON violated 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography, in that during a preliminary review of electronic devices seized pursuant to a search warrant, multiple folders containing names and ages of minor males as well as images of child sexual abuse material (CSAM), also known as child pornography were located.

7.     Title 18, United States Code, Section 1466(A) states that: Any person who, in a circumstance in subsection (d), knowingly produces, distributes, receives, or possesses with intent to distribute, a visual depiction of any kind, including a drawing, cartoon, sculpture, or painting that depicts a minor engaging in sexually explicit conduct and is obscene or attempts or conspires to do so, shall be subject to the penalties provided in section 2252A(b)(1), including the penalties provided for cases involving a prior conviction.

8.     Title 18, United States Code, Section 2422(b) states that: Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life.

9.     Title 18, United States Code, Section 2251(a) states that: Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer,

3

or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

**The source of my information and grounds for my beliefs are as follows:**

10.     On October 20, 2022, Homeland Security Investigations received information from the United States Secret Service (USSS) regarding the purchase of child sexual abuse material (CSAM), also known as child pornography.  While conducting a financial investigation, the USSS revealed multiple transactions involving the purchase of CSAM.  The USSS also received a tip from a financial institution, along with supporting documentation, regarding concerns for Upton's transactions.

11.     Preliminary investigation into UPTON revealed that he lived with his mother, Kathy Upton, who operates a daycare out of their home. The Oklahoma Department of Human Services (DHS) Licensing Division confirmed that the daycare had been recently moved from a location on E. Seminole Ave. in McAlester, Oklahoma, a previous address of UPTON, to a location on E. Comanche Ave. in McAlester, Oklahoma, the current address of UPTON.

12.     On October 20, 2022, HSI Tulsa worked with the Pittsburg County Sheriff's Office (PCSO) who authored and obtained a state of Oklahoma search and seizure warrant.

13.     On October 20, 2022, HSI Tulsa special agents, HSI Task Force Officers (TFOs), PCSO deputies, and McAlester Police Department officers served the search warrant.  During the service of the search warrant, PCSO deputies knocked on the door of the defendant's residence on E. Comanche Ave.  UPTON answered the door, tried to close the door, and fought with officers.  UPTON was also heard yelling to his mother to turn off his computer.  HSI special agents attempted to interview UPTON, however, UPTON requested an attorney.  HSI Tulsa seized multiple electronic devices as a result of the search warrant, which were transported to HSI

4

for forensic analysis.

14.     One such device was sent to be forensically analyzed. This device is a Cooler Master custom-built PC containing 4 separate hard drives each encrypted with either Bitlocker[1] or VeraCrypt[2]. The computer's storage totaled approximately 15 terabytes (TB). HSI Computer Forensic Analyst (CFA) Anthony Meter was able to decrypt the hard drives and on preliminary review of the forensic extraction, I located approximately 5 TB of storage on one hard drive, which contained multiple folders labeled with first name, last name, and age of the individual in the images and videos contained in the folder. For example, one such folder showed firstnamelastname13.

15.     Further, I conducted a preliminary review of the forensic analysis of a gray, Western Digital Pocket Drive which contained at least one image of CSAM. The image is described as a prepubescent male laying on his back with his pants around his knees. The prepubescent male's legs are lifted over his head, his testicles are visible, and his buttocks is spread, exposing his anus. The focus of the image is on the anus.

16.     Additionally, pursuant to the state of Oklahoma search and seizure warrant, approximately 2,073 comic book-like materials stored in approximately 21 boxes, were seized. Depicted in the comic book-like materials were anime minor males and furry characters[3] engaging in sexual intercourse, oral sex, bondage and bestiality. Digital images of these comic

---

[1] BitLocker is a full volume encryption feature included with Microsoft Windows versions starting with Windows Vista. It is designed to protect data by providing encryption for entire volumes. By default, it uses the AES encryption algorithm in cipher block chaining or XTS mode with a 128-bit or 256-bit key.
[2] VeraCrypt is a free and open-source utility for on-the-fly encryption. The software can create a virtual encrypted disk that works just like a regular disk but within a file. It can also encrypt a partition or the entire storage device with pre-boot authentication.
[3] The furry fandom is a subculture interested in anthropomorphic animal characters. Examples of anthropomorphic attributes include exhibiting human intelligence and facial expressions, speaking, walking on two legs, and wearing clothes.

book-like materials were also located on the gray, Western Digital Pocket Drive.

17.     One such cover of the comic book-like material is described as a prepubescent male anime character sitting nude.  The character's legs, and arms are bound with rope.  The rope is spreading the character's legs, exposing the character's penis.

18.     Additionally, during the residential search and seizure warrant referenced in paragraph 12, the Cooler Master custom-built PC, referenced in paragraph 14, was turned on when it was located in UPTON's bedroom.  UPTON was logged into Discord[4] with the username #m a y b e#6969, the email address attached to the account was nealie2004@gmail.com and the electronic service provider user identification number was 854903354488914001. On October 31, 2022, I authored and obtained a state of Oklahoma search and seizure warrant for the account. This warrant was later executed.

19.     Located in the Discord return was a direct messaging conversation between m a y b e#6969 and user V1admir_Gluten#8140:

| From | To | Direction | Body | Timestamp-Date | Timestamp-Time |
|------|----|-----------|------|----------------|----------------|
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Hey you gave me Reddit gold and sent me an offer I'm down | 4/12/2022 | 4/12/2022 12:03:47 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | But just wondering how old are you? | 4/12/2022 | 4/12/2022 12:04:03 AM(UTC-5) |

---

[4] Discord is a VoIP and instant messaging social platform. Users have the ability to communicate with voice calls, video calls, text messaging, media and files in private chats or as part of communities called "servers".

| | | | | | |
|---|---|---|---|---|---|
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Thx | 4/12/2022 | 4/12/2022 12:04:55 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Steam gift cards lol | 4/12/2022 | 4/12/2022 12:05:40 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Do you mind if I'm 13? Since Ik ur a minor idgaf | 4/12/2022 | 4/12/2022 12:06:25 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Ok | 4/12/2022 | 4/12/2022 12:06:50 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Ok then | 4/12/2022 | 4/12/2022 12:07:04 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | What you want to see? | 4/12/2022 | 4/12/2022 12:07:30 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Us steam | 4/12/2022 | 4/12/2022 12:07:35 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Thanks man | 4/12/2022 | 4/12/2022 12:08:13 AM(UTC-5) |

| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | I'm not that flexible, but ass picks are right up my alley | 4/12/2022 | 4/12/2022 12:08:42 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Gimme one min | 4/12/2022 | 4/12/2022 12:09:37 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | How's that? | 4/12/2022 | 4/12/2022 12:12:56 AM(UTC-5) |

20.    After user V1admir_Gluten#8140 indicated that he was 13 years old, user V1admir_Gluten#8140 sent a photo with the message "How's that?". The photo is described as follows:

a.    A young pubescent male bent over taking a photo of his own buttocks. The minor male's testicles can be seen in the photo.

21.    The conversation continued:

| From | To | Direction | Body | Timestamp-Date | Timestamp-Time |
|------|-----|-----------|------|----------------|----------------|
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Sure | 4/12/2022 | 4/12/2022 12:13:20 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | | 4/12/2022 | 4/12/2022 12:15:03 AM(UTC-5) |

8

      a.   A young pubescent male bent over in what appears to be a shower.  The minor male is grabbing his buttocks and pulling his cheeks apart, exposing his anus.  The focus of the image is the minor male's anus.

23.    The conversation continued:

| From | To | Direction | Body | Timestamp-Date | Timestamp-Time |
|---|---|---|---|---|---|
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | How's that | 4/12/2022 | 4/12/2022 12:15:11 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Ofc | 4/12/2022 | 4/12/2022 12:15:35 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Anything else I'm in a sluttly mood | 4/12/2022 | 4/12/2022 12:15:52 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Pretty late for that but I'll try to get one out. How long do you want me to jerk? | 4/12/2022 | 4/12/2022 12:16:43 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Lotion or raw? | 4/12/2022 | 4/12/2022 12:17:29 AM(UTC-5) |

| | | | | | |
|---|---|---|---|---|---|
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Your choice you're paying | 4/12/2022 | 4/12/2022 12:17:55 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Also I am young so I can't get out a massive nut | 4/12/2022 | 4/12/2022 12:18:24 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | If you have the time gimme 15 mins and I'll discord video it live | 4/12/2022 | 4/12/2022 12:19:47 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Ok bet | 4/12/2022 | 4/12/2022 12:20:28 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Gimme 7-8 mins | 4/12/2022 | 4/12/2022 12:20:38 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Probably one of my biggest nuts | 4/12/2022 | 4/12/2022 12:34:29 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Fuck it's to big of a file | 4/12/2022 | 4/12/2022 12:35:34 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Smart idea | 4/12/2022 | 4/12/2022 12:36:07 AM(UTC-5) |

| | | | | | |
|---|---|---|---|---|---|
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Taking a while to upload sorry | 4/12/2022 | 4/12/2022 12:47:47 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Done | 4/12/2022 | 4/12/2022 12:59:00 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Thx | 4/12/2022 | 4/12/2022 1:00:59 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | I have but never enjoyed it always hurting | 4/12/2022 | 4/12/2022 1:01:33 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Aight I'll send my steam over in a min | 4/12/2022 | 4/12/2022 1:02:21 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Vladmir_Gluten | 4/12/2022 | 4/12/2022 1:05:58 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | aight gn | 4/12/2022 | 4/12/2022 1:10:32 AM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | you down for more stuff or nah? | 4/12/2022 | 4/12/2022 2:42:18 PM(UTC-5) |

| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | i think i might try some | 4/12/2022 | 4/12/2022 7:08:04 PM(UTC-5) |
|---|---|---|---|---|---|
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | | 4/12/2022 | 4/12/2022 8:41:52 PM(UTC-5) |

24.     User V1admir_Gluten#8140 sent user m a y b e#6969 a video. The video is described as follows:

a.   The video is approximately 48 seconds in length. The video begins with a 13-year-old pubescent male in a bathroom wearing green and blue plaid pants. An erection can be seen through the pants of the minor male. The minor male begins touching and rubbing his erection. The minor male pulls his pants down exposing his erect penis. The minor male can be seen touching and rubbing his penis. The minor male turns his body to face the camera and kneels in front of the camera, while touching and rubbing his penis. The minor male stands up and turns around so his back is facing the camera. The minor male takes off his pants and bends over, spreading hid buttocks and exposing his anus. The minor male stands and turns to a profile view of his body and begins masturbating. The minor male takes his pants off completely and continues to masturbate. The minor male turns again so his buttocks is facing the camera. He squeezes his buttocks, then reaches for the camera.

25.     The conversation continued:

| From | To | Direction | Body | Timestamp-Date | Timestamp-Time |
|------|-----|-----------|------|----------------|----------------|
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | There you go | 4/12/2022 | 4/12/2022 8:41:58 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Ok | 4/12/2022 | 4/12/2022 8:46:09 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | If you don't mind me asking, have you been jerking off to these? | 4/12/2022 | 4/12/2022 8:46:45 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | just wondering if it was all going to waste or not | 4/12/2022 | 4/12/2022 8:48:10 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | lol | 4/12/2022 | 4/12/2022 8:48:13 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | how much you packing? | 4/12/2022 | 4/12/2022 8:48:37 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Ill get on it | 4/12/2022 | 4/12/2022 8:48:59 PM(UTC-5) |

| | | | | |
|---|---|---|---|---|
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | damn i'd let you rail me | 4/12/2022 | 4/12/2022 8:50:03 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | anything else? | 4/12/2022 | 4/12/2022 8:50:47 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Ok bet | 4/12/2022 | 4/12/2022 8:52:22 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | | 4/12/2022 | 4/12/2022 9:03:45 PM(UTC-5) |

26.     User V1admir_Gluten#8140 sent an image to user m a y b e#6969.  The image is described as follows:

   a.  The photo appears to be in the same bathroom as the previously described photos and videos.  The image is that of a young male laying on his back with his legs up and spread.  The male's hands are grasping his buttocks and pulling his cheeks apart, exposing his anus.

27.     The conversation continued:

| From | To | Direction | Body | Timestamp-Date | Timestamp-Time |
|---|---|---|---|---|---|
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | That what you want | 4/12/2022 | 4/12/2022 9:04:02 PM(UTC-5) |

14

| 634163762261393408 V1admir_Gluten#8140 | Participants: 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Haven't jerked off yet | 4/12/2022 | 4/12/2022 9:05:39 PM(UTC-5) |
|---|---|---|---|---|---|
| 634163762261393408 V1admir_Gluten#8140 | Participants: 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Why you ask? | 4/12/2022 | 4/12/2022 9:05:46 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | Participants: 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Aight, same type of vid like last night? | 4/12/2022 | 4/12/2022 9:07:02 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | Participants: 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Just you so far | 4/12/2022 | 4/12/2022 9:07:56 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | Participants: 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | But yeah the dms are pretty intense | 4/12/2022 | 4/12/2022 9:08:18 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | Participants: 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Dicks left and right | 4/12/2022 | 4/12/2022 9:08:28 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | Participants: 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Aight lemme go get a nut out for you | 4/12/2022 | 4/12/2022 9:09:02 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | Participants: 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | 5 mins sound good? | 4/12/2022 | 4/12/2022 9:09:18 PM(UTC-5) |

| 634163762261393408 V1admir_Gluten#8140 | Participants: 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Bett | 4/12/2022 | 4/12/2022 9:09:34 PM(UTC-5) |
|---|---|---|---|---|---|
| 634163762261393408 V1admir_Gluten#8140 | Participants: 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | My parents just came home lemme get it to you in a bit | 4/12/2022 | 4/12/2022 9:10:32 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | Participants: 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Ima put it in the drop box | 4/12/2022 | 4/12/2022 10:12:28 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | Participants: 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Just finished uploading | 4/12/2022 | 4/12/2022 10:24:01 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | Participants: 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Gn bro | 4/12/2022 | 4/12/2022 10:46:25 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | Participants: 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Aye I'm tryna get 60 bucks tonight you down for some shit? | 4/13/2022 | 4/13/2022 8:24:10 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | Participants: 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | I can do codes but if that is better ok | 4/13/2022 | 4/13/2022 8:35:00 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | Participants: 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | You down for some shit tonight? | 4/14/2022 | 4/14/2022 9:39:36 PM(UTC-5) |

| | | | | | |
|---|---|---|---|---|---|
| 63416376226139340 8 V1admir_Gluten#814 0 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | 100% | 4/14/202 2 | 4/14/2022 9:59:42 PM(UTC-5) |
| 63416376226139340 8 V1admir_Gluten#814 0 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Btw I scrolled back up to see how long we've been talking and dude ur cock is awesome | 4/14/202 2 | 4/14/2022 10:00:24 PM(UTC-5) |
| 63416376226139340 8 V1admir_Gluten#814 0 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Most definitely | 4/14/202 2 | 4/14/2022 10:14:41 PM(UTC-5) |
| 63416376226139340 8 V1admir_Gluten#814 0 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | You down for shit or nah? | 4/16/202 2 | 4/16/2022 4:43:39 PM(UTC-5) |
| 63416376226139340 8 V1admir_Gluten#814 0 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | I wanna shoot for sixty, so 20 a vid? | 4/16/202 2 | 4/16/2022 4:58:52 PM(UTC-5) |
| 63416376226139340 8 V1admir_Gluten#814 0 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Ok bet I won't go all the way in my ass but I'll put a finger in and do a bit of that | 4/16/202 2 | 4/16/2022 5:01:04 PM(UTC-5) |
| 63416376226139340 8 V1admir_Gluten#814 0 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Steam is fine | 4/16/202 2 | 4/16/2022 5:02:27 PM(UTC-5) |
| 63416376226139340 8 V1admir_Gluten#814 0 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Sorry since it's gonna be a decently long vid you'll here the shower in the back | 4/16/202 2 | 4/16/2022 5:03:19 PM(UTC-5) |

| | | | | |
|---|---|---|---|---|
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | 4/16/2022 | 4/16/2022 5:31:44 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | 4/16/2022 | 4/16/2022 5:35:53 PM(UTC-5) |

28.     User V1admir_Gluten#8140 sent user m a y b e#6969 two video that are described as follows:

a.  The first video is 43 seconds in length.  The video begins with a young pubescent minor male nude in what appears to be the same bathroom as the previous photos and videos.  The minor male turns his back to the camera, grabs his buttocks and pulls his cheeks apart, exposing his anus.  The minor male bends over, further exposing his anus to the camera.  The minor male turns to a profile view of his body and rubs his penis.  The minor male then turns his buttocks to the camera and slaps his buttocks with his hand.  The minor male rubs his hands on his hips and again slaps his buttocks with his hand.  The minor male can be seen putting his fingers between the cheeks of his buttocks.  The minor male gets a bottle of substance and puts some of the substance oh his fingers.  The minor male, with his back to the camera, bends over and places his finger into his anus.  The minor male continues to insert his finger into his anus and slaps his buttocks with his other hand.  The minor male takes his finger out of his anus, stands bent over towards the camera, with his anus exposed, shakes his buttocks, then bends down to turn off the camera.

b.  The second video is 2 minutes and 49 seconds in length.  There is a young

pubescent male who can be seen masturbating.  The camera is angled from the

minor male's face down towards his penis.  A shower can be heard running in the

background.  The video ends with the minor male ejaculating on himself.

29.    The conversation continued:

| From | To | Direction | Body | Timestamp-Date | Timestamp-Time |
|------|-----|-----------|------|----------------|----------------|
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | The vid got cut short on accident so the jerking from before that is in the drop box | 4/16/2022 | 4/16/2022 5:36:55 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | drop box just uploaded | 4/16/2022 | 4/16/2022 5:56:17 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Hey man | 4/18/2022 | 4/18/2022 12:51:17 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | I recently got into a relationship and I bring my self to continue what we have been doing | 4/18/2022 | 4/18/2022 12:52:24 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | I'll give you till tomorrow evening before I delete it all | 4/18/2022 | 4/18/2022 12:52:44 PM(UTC-5) |
| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Thx man | 4/18/2022 | 4/18/2022 12:52:55 PM(UTC-5) |

| 634163762261393408 V1admir_Gluten#8140 | **Participants:** 854903354488914001 m a y b e#6969 (owner), 634163762261393408 V1admir_Gluten#8140 | Incoming | Feel free to save what you payed for | 4/18/2022 | 4/18/2022 12:53:09 PM(UTC-5) |

30.    The conversation ended with user V1admir_Gluten#8140 telling user m a y b e#6969 to save what he paid for, indicating that user m a y b e#6969 paid for the images and videos user V1admir_Gluten#8140 sent.

## CONCLUSION

31.    Based on the information set forth in this affidavit, I submit there is probable cause to believe that **Nathan Rex UPTON (DOB: \*\*/\*\*/1988),** a United States citizen and a citizen of Choctaw Nation, has violated 18 U.S.C. § 1466(A), Obscene Visual Representation of the Sexual Abuse of Children; 18 U.S.C. § 2422(b) Coercion and Enticement; and 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography, in that he was in possession of multiple comic-book like materials containing visual depictions of anime characters and furry characters; he was using Discord, a communication application, to engage in conversation with an individual UPTON believed was 13 years old; and that during a preliminary review of electronic devices seized pursuant to a search warrant, multiple folders containing names and ages of minor males as well as images of CSAM were located.


Erin Staniech
Special Agent
Homeland Security Investigations

20

Sworn to before me this 17th day of November, 2022.

GERALD L. JACKSON
United States Magistrate Judge